## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01741-NRN

ANGELA DUNSON and DIVENIA JOHNSON,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,
DENVER CITY ATTORNEY'S OFFICE,

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Angela Dunson and Divenia Johnson, and Defendants City and County of Denver and the Denver City Attorney's Office, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action be dismissed **with prejudice**, each party to pay its own attorneys' fees and costs.

Respectfully submitted this 2nd day of January, 2024.

| | |
|---|---|
| *s/ Melissa Drazen-Smith* | *s/ Charles T. Mitchell* |
| Melissa Drazen-Smith | Charles T. Mitchell |
| MDS Legal Consultants, LLC | Sherri L. Catalano |
| 8700 E. Jefferson Ave., #371315 | Denver City Attorney's Office |
| Denver, Colorado 80237 | Employment and Labor Law Section |
| Telephone: (720) 299-9438 | 201 W. Colfax Ave., Dept. 1108 |
| E-mail: melissa@mdslegal.org | Denver, Colorado 80202 |
| *Attorney for Plaintiffs* | Telephone: (720) 913-3125 |
| | Facsimile: (720) 913-3182 |
| | E-mail: dlefiling.litigation@denvergov.org |
| |       charles.mitchell@denvergov.org |
| |       sherri.catalano@denvergov.org |
| | *Attorneys for Defendants City and County of Denver and Denver City Attorney's Office* |